FILED
December 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003956927

LAW OFFICES OF NELSON & SCHWAB
DAN NELSON, ESQ.  BAR #105222
P.O. BOX 1770
STOCKTON, CA 95201
Telephone (209) 473-8211
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

Yui Tong Lee

Lisa Y. Lee

_____DEBTOR(S)___

CHAPTER 7 NO: 11-45543
M.C. NO: D. N. # 1
Date: 1-?- 12
Time: 9:32 a.m.
Judge: Thomas C. Holman
Place: U.S. Bankruptcy Court
501 I Street 6th Floor Courtroom 32
Sacramento, CA

MOTION FOR ABANDONMENT
OF DEBTORS' BUSINESS

Comes now debtors, who move the Court for an Order that the trustee abandon the estates interest in debtors' business as follows:

(1) When debtors filed bankruptcy, they owned and operated Lee's Restaurant, which is a Chinese restaurant;

(2) This business has no employees and all the assets have been claimed as exempt. Debtors have liability insurance and are current on their rent, which is month to month; and

(3) This business has no value for the estate.

Wherefore, debtors request the Court order that the trustee abandon the estates interest in Lee's Restaurant, including the assets of said business.

Law Offices of Nelson & Schwab

Date: 12-14-11

Dan Nelson, Esq.
Attorney for Debtor(s)

December 7, 2011

1